IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-35-D

| | |
|---|---|
| JACKSON/HILL AVIATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TOWN OF OCEAN ISLE BEACH, et al., ) | |
| ) | |
| Defendants. ) | |

On February 16, 2015, defendants removed this action based on one federal claim in plaintiff's ten-count complaint. See [D.E. 1]. Plaintiff has dismissed the federal claim with prejudice. See [D.E. 11]. Plaintiff asks the court to decline to exercise supplemental jurisdiction over the remaining claims and to remand the action to Brunswick County Superior Court. See [D.E. 12, 13]. Defendants responded in opposition to the motion to remand. See [D.E. 20, 21].

The court has reviewed the record and the motion to remand under the governing standard. See, e.g., 28 U.S.C. § 1367(c)(3); Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 350 n.7 (1988); United Mine Workers of Am. v. Gibbs, 383 U.S. 715, 726 (1966); ESAB Grp., Inc. v. Zurich Ins. PLC, 685 F.3d 376, 394 (4th Cir. 2012); Waybright v. Frederick Cnty., 528 F.3d 199, 209 (4th Cir. 2008); Farlow v. Wachovia Bank of N.C., N.A., 259 F.3d 309, 316–17 (4th Cir. 2001); Shanaghan v. Cahill, 58 F.3d 106, 110 (4th Cir. 1995); Thompson v. Prince William Cnty., 753 F.2d 363, 365 (4th Cir. 1985). Plaintiff's motion to remand [D.E. 12] is GRANTED. This action is REMANDED to Brunswick County Superior Court.

SO ORDERED. This 10 day of April 2015.

JAMES C. DEVER III
Chief United States District Judge